Decided June 23, 1999

---

STATE OF CONNECTICUT *v.* KEVIN MORAN

The defendant's petition for certification for appeal from the Appellate Court, 53 Conn. App. 406 (AC 17308), is denied.

BERDON, J., dissenting. I would grant certification to appeal on the following issue: Did the Appellate Court incorrectly hold that it was not reasonably possible that the jury was misled by an instruction indicating the *defendant* in a criminal case has the burden of proof by the preponderance of the evidence.

*William B. Westcott*, special public defender, in support of the petition.

*Frederick W. Fawcett*, assistant state's attorney, in opposition.

Decided June 30, 1999